Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

West Palm Beach Division

|  |  |
|---|---|
| Angia Nouy <br> _____ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br><br> See Attached <br> _____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Angia Nouy |
| Street Address | 805 Innergary Pl |
| City and County | Valrico |
| State and Zip Code | Fl 33594 |
| Telephone Number | 813-597-3366 |
| E-mail Address | pro law_mdangnouy1902@protonmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                    Palatine Police Department

    Job or Title *(if known)*

    Street Address            595 N Hicks Road

    City and County         Palatine

    State and Zip Code     IL

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                    Cook County Medical Examiner Office

    Job or Title *(if known)*

    Street Address            212 W. Harrison Street

    City and County         Chicago

    State and Zip Code     IL 60612

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                    Ahlgrim Family Funeral Services

    Job or Title *(if known)*

    Street Address            265 N. Northwest Hwy

    City and County         Palatine

    State and Zip Code     IL 60067

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S.C 9 1983

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Aroja Novy , is a citizen of the State of *(name)* Florida .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/20/2026

Signature of Plaintiff

Printed Name of Plaintiff   Angica Novy

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Complaint

On 12/19/2023 Palatine Police Department knowingly concealed the death of my late husband R Charles Novy. Palatine Police Department was served a subpoena 12/06/2023 by a family court judge in Galveston Texas. Palatine Police Department where put on notice in 10/2023 where I was going meaning to Galveston Texas I arrived in Galveston Houston Texas the month of 10/2023. Palatine Police Department also knew that my late husband was in his last stage of dying from cancer and that I would be leaving to find us meaning me and my husband R Charles Novy a home to bring him home to once I got word of his passing.

Palatine Police Department called Cook county medical examiner to have my husband body taken to. Palatine Police Department refused to call me by phone as they knew of my whereabouts. They instead located my husband grown adult kids whom had nothing to do with our marriage. I was not informed by Palatine Police Department nor Cook County Medical Examiner of my husband R Charles Novy passing on 12/19/2023. I only learned of my husband passing through our landlord my G mail in 03/2024.

Ahlgrim Family Funeral Services informed me just like Palatine Police Department as well as Cook County Medical Service that I have no say in my late husband Passing and that his kids has control over everything that they will not be giving me the names of his meaning my husband adult kids and they they will not take down the pictures that are displayed on the website of Ahlgrim Family Funeral Services.

1. My civil rights were violated due to racism as well as discrimation I knew I married into a racist family R Charles Novy and I was up for the hate that was given for 7 years by his own kids father mother and the Democrats in IL. I didn't get to meet my husband father only by way of my husband

1

father passing and I went to the funeral where then my husband mother cried and uttered OH Angie you are accepted into the family now. The only names that I knew of my late husband adult kids was Dan Novy, Juile and his last son that I helped raised. His adult kids knew how to get a hold of me as well they stalked our social media account's. They were full aware that they don't control my husband anymore and that my husband stop being the atm cash cow for his entire family once I got into the picture R Charles Novy allowed me to shut down and cut off the mental abuse and guilt trip that they had him in.

With this being state I don't know any of my husband family nor adult kids because of racism they weren't apart of our marriage. I'm seeking the names this should have never happen to me nor my husband so that they are held accountable to what has happened.

For Palatine Police to tell me that I have no right and or say to what happens to my husband and that my husband adult kids are the ones who will always trump over a wife in what world not in America no one has the right conceal a death for any time of gain then bagger me about gifting money to his adult son and kids of the Democrats across four states Texas Gregoria Florida Tennessee.

Basis Of Jurisdiction I live in the state of Florida I fled the state of IL due to the hate bullying racism Democrats and there Illegals high taxes and me knowing that my husband was going to die our job has been done. R Charles Novy told his last son what his wished was when we first starting our in person relationship son me and Angie will be in Georgia this was in the year of 2017.  My rights were violated deprived by the Palatine Police Department Cook County Medical Examiner Ahlgrim Family Funeral Service and my husband adult kid's by way of concealing my husband passing to try to dictate that they have a stake in our marriage. My husband own kids told him that if he would be with me that they no longer wanted anything to do with him and that he would not see his own grand kids so I truly want to know how my husband adult kids and other family were found when

2

No one had anything to do with my husband because of my husband being with me a black wife.

3

Complaint

On 12/19/2023 Palatine Police Department knowingly concealed the death of my late husband R Charles Novy. Palatine Police Department was served a subpoena 12/06/2023 by a family court judge in Galveston Texas. Palatine Police Department where put on notice in 10/2023 where I was going meaning to Galveston Texas I arrived in Galveston Houston Texas the month of 10/2023. Palatine Police Department also knew that my late husband was in his last stage of dying from cancer and that I would be leaving to find us meaning me and my husband R Charles Novy a home to bring him home to once I got word of his passing.

Palatine Police Department called Cook county medical examiner to have my husband body taken to. Palatine Police Department refused to call me by phone as they knew of my whereabouts. They instead located my husband grown adult kids whom had nothing to do with our marriage. I was not informed by Palatine Police Department nor Cook County Medical Examiner of my husband R Charles Novy passing on 12/19/2023. I only learned of my husband passing through our landlord my G mail in 03/2024.

Ahlgrim Family Funeral Services informed me just like Palatine Police Department as well as Cook County Medical Service that I have no say in my late husband Passing and that his kids has control over everything that they will not be giving me the names of his meaning my husband adult kids and they they will not take down the pictures that are displayed on the website of Ahlgrim Family Funeral Services.

1. My civil rights were violated due to racism as well as discrimation I knew I married into a racist family R Charles Novy and I was up for the hate that was given for 7 years by his own kids father mother and the Democrats in IL. I didn't get to meet my husband father only by way of my husband

1

father passing and I went to the funeral where then my husband mother cried and uttered OH Angie you are accepted into the family now. The only names that I knew of my late husband adult kids was Dan Novy, Juile and his last son that I helped raised. His adult kids knew how to get a hold of me as well they stalked our social media account's. They were full aware that they don't control my husband anymore and that my husband stop being the atm cash cow for his entire family once I got into the picture R Charles Novy allowed me to shut down and cut off the mental abuse and guilt trip that they had him in.

With this being state I don't know any of my husband family nor adult kids because of racism they weren't apart of our marriage. I'm seeking the names this should have never happen to me nor my husband so that they are held accountable to what has happened.

For Palatine Police to tell me that I have no right and or say to what happens to my husband and that my husband adult kids are the ones who will always trump over a wife in what world not in America no one has the right conceal a death for any time of gain then bagger me about gifting money to his adult son and kids of the Democrats across four states Texas Gregoria Florida Tennessee.

Basis Of Jurisdiction I live in the state of Florida I fled the state of IL due to the hate bullying racism Democrats and there Illegals high taxes and me knowing that my husband was going to die our job has been done. R Charles Novy told his last son what his wished was when we first starting our in person relationship son me and Angie will be in Georgia this was in the year of 2017. My rights were violated deprived by the Palatine Police Department Cook County Medical Examiner Ahlgrim Family Funeral Service and my husband adult kid's by way of concealing my husband passing to try to dictate that they have a stake in our marriage. My husband own kids told him that if he would be with me that they no longer wanted anything to do with him and that he would not see his own grand kids so I truly want to know how my husband adult kids and other family were found when

2

No one had anything to do with my husband because of my husband being with me a black wife.

3

Relief

I'm seeking for the Federal judge to issue subpoenas to appear in Federal court for my husband Adult kid's along with his step kid's. Subpoenas to be isssed to Ahlgrim Family Funeral Servies to the owners. Subpoenas to be issue to Cook County Medical examiner Palatine Police Department.

I want to know the whereabouts of my husband R Charles Novy ashes as I get to the bottom of all this planned concealing cover up fraud stealing lying by the Democrat's law enforcement my husband adult kid's and step kids. I want my husband ashes turned over to me and for all to answer to this planned cover up. The damages I seek will never make me happy for what was done to my husband R Charles Novy body and upon myself to this day.

I want Ahlgrim Famiy Fuberal Home to turn over all documents of my husband as well as who paid for this injustice to have occurred I seek all names addresses to be furnished to the courts to give to me so that they will also be listed as a Defendants.

I will let this court know that I to this day don't know the names of my husband adult kids on down to his adult step kids nor do I know the names of my husband family names but his one sister by the name of Lyn so with this being stated. This should also be proof of the cover up to try to go after what my husband and I alone planned for me as a young widow who also made sure that we froze my husband sperm with Randy Morris IVF in Naperville IL. The planned car crash that happened in Naperville just minutes after I received the refund check from Randy Morris IVF. As I will be having 200 plus Democrats Federal cases to show the planned black out oppression.

## Damages to be inposed on all invold 900 trillon

1

Relief

I'm asking the Federal court to look at what I have submitted thus far look at where I come from with me being married to my late husband R Charles Novy the life that I used to have prior to the concealing of my late husband passing from cancer the life that R Charles Novy afforded me to have in his living as well as his untimely passing from cancer in 12/2023.

To place me in a short term rental of my choosing as I get two hundred cases heard in West Palm beach to replace meaning that I and my late husband R Charles Novy had owned three vehicles that were wrongfully stolen by Navy Federal Credit Union and law enforcement. Allow me to be in a rental car till I as well as a Federal Judge and jury see all the cases and the lengths that the Democrats went to make massive copies of our car, suv I will no longer buy a used car.

To the court in order for any of my filed cases that I will be bringing forth to this court will require the submission of a subpoena to law enforcement banks and other Democrat business in order for anything to move forward. I was just informed that I will need to print out the form to ask the court for this prosses to take place. The Democrat party went to great lengths to disable me at all cost and forced me to be around them lunatics Of Democrats. I entered into Tampa Florida in 2024 only to visit the beaches and to morn the passing of my late husband R Charles Novy as well to get a hug from my aunt in Valrico Florida.

Upon my arrival into the state of Florida I had been staying in hotels but I yet again stopped. Since 10/2023 when I left the state of Illinois to Galveston, Houston Texas where I had got a family judge to send a subpoena to Palatine Police Department so that none of what I will be bringing to Federal Court would have taken place.

This will be cases of how dirty law enforcement, banks business as well as the general Democrat public are and went police bullying police wrongfully pulling me over in traffic stops police lying on there affidat  police assaults bank fraud insurance fraud planned vehicle crashes slander discrimation bulling harassment stealing of our truck suv car laptops cell phones all property money that we had in our bank accounts.

Money stolen by law enforcement on these traffic stops. The Democrats preyed upon me a disable widow whom they knew had no one I was there prefect prey. As America see what is playing out with all of the Democrats they have destroyed my life and I have been trying to get it back since I learned of my late husband passing 12/19/2019 as police along with the Democrats concealed my husband R Charles Novy passing to turn my life upside down like there's I'm asking for all cases that I filed in Federal court in Houston Texas Austin Texas Miami Florida Tampa Florida Atlanta Georgia Rome Georgia meaning all document's that I submitted to the court be turned over to this court room when I have a case number assigned. This will show also there lunatic cycle that the Democrats have forced me to stay in since the passing of my late husband. To bully harass badgering privy to information that no one should have been privy to.  intimation

1

by law enforcement as well as all of the lunatic Democrats. As this maybe all over the place it's because I'm forced to use there Democrat public library. R Charles Novy and I bought laptops printers hot spots we both knew that when I got to the south that I would be filing Federal Court Cases on all law enforcement banks as well as all the Democrats businesses eg companies as well.

2

Motion

I'm requesting to be notified by cell phone 813-579-3366 or by email
prelaw_mdangnovy1980@protonmail.com in my email address after the prelaw
it's an underscore then mdangnovy1980@protonmail.com   I'm requesting this
because I am using my aunt's address only because the Democrats have went to
great lengths to cause a massive planned oppression and forcing me to see there
sick agenda by way of stealing all of my Documents blocking me from trying to get
a P O box by way of what the Social Security Administration has in place
everything by mail. I'm being forced to pay more when I don't have to and use the
public transportation due to the stealing of our vehicles and law enforcement
lying about a tag to dictate that I should care about my late husband son and gift
him money where is he going to live what he's going to drive.